IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 25 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| **HOWAN PROPERTIES, LC,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 5:18CV00098 |
| ) | |
| **THE WOODWORKERS SHOPPE, INC.,** ) | |
| ) | |
| *Defendant.* ) | |

### STIPULATION OF DISMISSAL

On this day comes the undersigned counsel for Plaintiff, Howan Properties, LC, and with the consent of Defendant, The Woodworkers Shoppe, Inc., each by its undersigned counsel, and hereby advises the Court pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties agree that Plaintiff's civil action, in its entirety, is to be dismissed with prejudice upon the filing of this Stipulation of Dismissal with the Court, with each party to bear its own attorney's fees and costs.

Dated: March 21, 2019

WE ASK FOR THIS:

1

/s/Michael W. Sharp
KEVIN M. ROSE (VSB No. 35930)
MICHAEL W. SHARP (VSB No. 89556)
T. JOEL FRANCIS (VSB No. 92234)
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
(540) 437-0019 (telephone)
(540) 437-0022 (fax)
krose@botkinrose.com
msharp@botkinrose.com
jfrancis@botkinrose.com
*Counsel for Plaintiff*


/s/Marc A. Peritz
Marc A. Peritz, Esq.
Virginia State Bar Number 39054
Rachel D.G. Horvath, Esq.
Virginia State Bar Number 80487
Morin & Barkley LLP
455 Second Street, S.E., Suite 200
Charlottesville, Virginia 22902
Telephone: (434) 293-1200
Fax: (434) 293-2135
maperitz@morinandbarkley.com
rhorvath@morinandbarkley.com
*Counsel for Defendant*


IT IS HEREBY ORDERED that the Stipulation of Dismissal is approved. The entire action is hereby dismissed with prejudice.

Entered this 25th day of March, 2019.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge

2